

Tell her that you r sick

> No u are sick this is not the first home u broke

> U fuck with lives and now my kids suffering

Bitch u stupid u need help

> U need Jesus

U need help because if u didn u wouldn't be doing this knowing what's about to happen

> Girl please Im not scared of u

> Delivered





EXHIBIT A

•••• C Spire  LTE     11:43 AM

‹ Messages  **(601) 259-2997**     Details

iMessage
Tue, Sep 27, 6:31 PM

> I see u still fucking with Tony...I am suing U for breaking up my marriage... I'm going after ur job... Have a good night

Look u dumb slow trick I'm going to show you how to fuck somebody and make threats just be looking for a subpoena for court I'm going to show this and the other one to the judge you are one dumb ignorant bitch by the way the subpoena will be served by a police officer

**EXHIBIT A**