# GENERAL AFFIDAVIT
## CRIMES AGAINST PUBLIC MORALS AND DECENCY
### 97-29-45 Obscene Electronic Communications

DOCKET 1597 PAGE 1188

## State of Mississippi

## County of Hinds

BEFORE ME, the undersigned Justice Court Clerk of Hinds County, personally came **Lt. Janie Myles**

Being first duly sworn, makes affidavit that: Alicia Burns Alexander
2500 N State St. UMMC
Jackson MS

On or about the 27th day of September 2016 in the County aforesaid, did willfully and unlawfully text obscene, lewd or lascivious with intent to abuse, threaten or harass **Lt. Janie Myles** on three occasions by electronic communication by texting her continuously this last time for 45 minutes. She communicated by electronic communication (texting) without disclosing her identity and with the intent to annoy, abuse, and make threats towards Lt. Janie Myles. One of The phone numbers that she used is (601) 573-4592. Alicia Alexander did knowingly or recklessly cause make attempts to cause bodily injury to Lt. Janie Myles by saying **I better not see you out anywhere/and/that I want your job.** And attempt physical menace to put fear of imminent serious bodily harm upon a law enforcement officer by continuing to give out verbal threats through electronic communication – against the peace and dignity of the State of Mississippi.

_Janie Myles_

Witness my hand this the 28 day of September, 2016

By _[signature]_

EXHIBIT
B