**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**ALICIA ALEXANDER**                                                      **PLAINTIFF**

**v.**                                           **CIVIL ACTION NO.:   3:17-CV-667-DPJ-FKB**

**HINDS COUNTY, MISSISSIPPI;
HINDS COUNTY SHERIFF'S DEPARTMENT;
HINDS COUNTY DEPUTY SHERIFF
JANIE MYLES, AND JOHN DOES 1-10**                     **DEFENDANTS**

## ORDER

The Complaint filed herein by Plaintiff against the Defendants, Hinds County, Mississippi, Hinds County Sheriff's Department, and Hinds County Deputy Sheriff Janie Myles, together with the civil actions stated therein and the demands made or which might have been made for relief therein by the Plaintiff, shall be, and the same hereby are, dismissed with full prejudice. The terms and conditions of a confidential settlement by and between them have been satisfied and entry of the instant order has been requested.

ACCORDINGLY, IT IS ORDERED this action should be dismissed with full prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of April, 2018.

                                                                s/ Daniel P. Jordan III
                                                                CHIEF UNITED STATES DISTRICT JUDGE